■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant. [655 NYS2d 1015] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 25, 1990 *(People v Smith,* 162 AD2d 734), affirming a judgment of the County Court, Nassau County, rendered June 10, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Rosenblatt, Ritter and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SMITH, Also Known as RICKY SONATA, Also Known as ANTHONY MUNFORD, Appellant. [655 NYS2d 1016] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered September 22, 1995, convicting him of criminal mischief in the fourth degree, endangering the welfare of a child, and criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Copertino, Krausman and Florio, JJ., concur.